IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RANDAL L. DELBRIDGE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:24-cv-00094 |
| v. | ) ) | |
| | ) | JUDGE CAMPBELL |
| STATE OF TENNESSEE, | ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is a motion to dismiss the Amended Complaint filed by Defendant State of Tennessee under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. No. 22)., Plaintiff Randal L. Delbridge's response (Doc. No. 24), and Defendant's reply (Doc. No. 28). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED** and this action **DISMISSED**.

This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE